Form B9A (Chapter 7 Individual or Joint Debtor No Asset Case) — Case Number **10–40117**

# UNITED STATES BANKRUPTCY COURT
## District of South Dakota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/1/10.

You may be a creditor of the debtor(s). **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Debtor(s):**
Randy Lee Flemming
fdba Flemming Construction
704 Pine Street
Yankton, SD 57078

| **Case Number:** | **Social Security/Taxpayer ID Numbers:** |
|---|---|
| 10–40117 | xxx–xx–8389 |

| **Attorney for Debtor(s):** | **Bankruptcy Trustee:** |
|---|---|
| Wanda L. Howey–Fox<br>PO Box 18<br>Yankton, SD 57078<br>Telephone number: (605) 665–1001 | Lee Ann Pierce<br>Trustee<br>PO Box 524<br>Brookings, SD 57006<br>Telephone number: 605–692–9415 |

### Meeting of Creditors:

Date: **April 8, 2010**    Time: **01:30 PM**    Location: **Suite 300, 314 S. Main Ave., Sioux Falls, SD 57104**

### Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**To File a Complaint Objecting to Discharge of Debtor(s) *or* to Determine Dischargeability of Certain Debts: 6/7/10**

**To Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor(s) and the property of the debtor(s). Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult an attorney to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| 400 S. Phillips Ave., Room 104<br>Sioux Falls, SD 57104–6851<br>Telephone number: 605–357–2400<br>www.sdb.uscourts.gov | Frederick M. Entwistle<br>Clerk of the Bankruptcy Court |
| Hours Open:    Monday – Friday 8:00 AM – 5:00 PM | Date: 3/2/10 |

**SEE OTHER SIDE FOR IMPORTANT EXPLANATIONS.**

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362.  Common examples of prohibited actions include contacting the debtor(s) by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor(s); repossessing property of the debtor(s); starting or continuing lawsuits or foreclosures; and garnishing or deducting from wages of the debtor(s).  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code.  The debtor(s) may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side.  *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.*  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors.  *You therefore should not file a proof of claim at this time.*  If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for doing so.  If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor(s) is (are) seeking a discharge of most debts, which may include your debt.  A discharge means that you may never try to collect the debt from the debtor(s).  If you believe the debtor(s) is (are) not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of Debtor(s) *or* to Determine Dischargeability of Certain Debts" listed on the front side.  The bankruptcy clerk's office must receive the complaint and the required filing fee by that deadline. |
| Exempt Property | The debtor(s) is (are) permitted by law to keep certain property as exempt.  Exempt property will not be sold and distributed to creditors.  The debtor(s) must file a list of all property claimed as exempt.  You may inspect that list at the bankruptcy clerk's office.  If you believe an exemption claimed by the debtor(s) is not authorized by law, you may file an objection to that exemption.  The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.  You may inspect all papers filed, including the list of the debtor's(s') property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  You may also review them online, using CM/ECF (contact the clerk's office for more information regarding CM/ECF). |
| Foreign Creditors | Consult an attorney familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights. |
| **Debtor Identification** | **Important notice to individual debtors:  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.  Failure to do so may result in the dismissal of your case.** |

−− Refer to Other Side for Important Deadlines and Notices −−

# CERTIFICATE OF NOTICE

```
District/off: 0869-4           User: ckram                 Page 1 of 2                Date Rcvd: Mar 02, 2010
Case: 10-40117                 Form ID: b9a                Total Noticed: 50
```

The following entities were noticed by first class mail on Mar 04, 2010.
```
db         +Randy Lee Flemming,    704 Pine Street,    Yankton, SD 57078-4041
aty         Stephanie C. Bengford,    Assistant U.S. Attorney,    PO Box 2638,    Sioux Falls, SD  57101-2638
aty        +Wanda L. Howey-Fox,    PO Box 18,    Yankton, SD 57078-0018
tr         +Lee Ann Pierce,    Trustee,    PO Box 524,    Brookings, SD 57006-0524
ust         Bruce J. Gering,    314 South Main Avenue, Suite 303,    Sioux Falls, SD  57104-6462
978450     +711 Convenient Loan,    1818 Broadway Ave., Ste. D-1,    Yankton, SD 57078-2100
978457     +AT&T,    32 Avenue of the Americas,    New York, NY 10013-2473
978451     +Affiliated Credit Services,    PO Box 7739,    Rochester, MN 55903-7739
978454     +Alltel,    PO Box 223721,    Dallas, TX 75222-3721
978455      Alltell/Western Wireless,    Building 4, Third Floor,    One Allied Drive,
            Little Rock, AR  72202-2099
978458     +Beneficial/HFC,    PO Box 3425,    Buffalo, NY 14240-3425
978460     +Citifinancial,    PO Box 499,    Hanover, MD 21076-0499
978461     +Colltech,    PO Box 47095,    Plymouth, MN 55447-0095
978462      Emergency Physicians, PA,    7301 OHMS Lane, Ste. 650,    Edina, MN  55439-4000
978463     +Evan Larson,    Attorney at Law,    201 South Main Street,    Austin, MN 55912-4472
978465      FMS, Inc.,    PO Box 707600,    Tulsa, OK  74170-7600
978464     +Fairview Health Services,    Central Business Office,    400 Stinson Blvd.,
            Minneapolis, MN 55413-2614
978466      HealthPartners,    Medical Group,    PO Box 244,    Minneapolis, MN  55440-0244
978469      JNR Adjustment Company, Inc.,    PO Box 27070,    Minneapolis, MN  55427-0070
978470      LDC Collection Systems,    PO Box 4967,    Trenton, NJ  08650-4967
978472      LHR, Inc.,    56 Main Street,    Hamburg, NY  14075-4905
978471     +Lewis & Clerk Beh. Hlth. Ser., Inc.,    1028 Walnut Street,    Yankton, SD 57078-2910
978473      Lifelink III,    SDS 12-1778,    PO Box 86,    Minneapolis, MN  55486-1778
978474     +Macy's Retail Holdings, Inc.,    7 West Seventh Street,    Cinncinati, OH 45202-2471
978475     +Messerli & Kramer (MCR),    3033 Campus Dr., Ste. 250,    Plymouth, MN 55441-2662
978477     +Midland Funding, LLC,    c/o Messerli & Kramer,    3033 Campus Drive, Ste. 250,
            Plymouth, MN 55441-2662
978478     +Mower County District Court,    201 First Street, NE,    Austin, MN 55912-3405
978479     +NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
978481     +Pinnacle Financial Group,    7825 Washington Ave., S. Ste. 310,    Minneapolis, MN 55439-2424
978483     +Preferred Credit, Inc.,    3051 2nd Str., S., STe. 200,    St. Cloud, MN 56301-3201
978484     +ProBuild,    301 E. 3rd Street,    Yankton, SD 57078-4420
978485     +Progressive Insurance Company,    6300 Wilson Mills Road,    Mayfield Village, OH 44143-2182
978488      RPM,    PO Box 768,    Bothell, WA  98041-0768
978486     +Rebecca Coffaa,    504 1/2 E. 5th Street,    Dell Rapids, SD 57022-1702
978487     +Regions Hospital,    Mail Stop 12403A,    640 Jackson Street,    St. Paul, MN 55101-2502
978489     +SD Division of Child Support,    700 Govenors Drive,    Pierre, SD 57501-2291
978490     +SD Human Services Center,    PO Box 7600,    Yankton, SD 57078-7600
978492      St. Paul Radiology, PA,    166 4th St. E,    St. Paul, MN  55101-1421
978493     +State of South Dakota,    Dept. of Revenue & Regulation,    Business Tax Division,
            445 East Capitol,    Pierre, SD 57501-3100
978494     +Suburban Radiologic Consultants, Ltd.,    4801 West 81st Street,    Minneapolis, MN 55437-1191
978495     +Wells Fargo Bank NV NA,    PO Box 94435,    Albuquerque, NM 87199-4435
978496      Wells Fargo Home Mortgage,    PO Box 5296,    Carol Stream, IL  60197-5296
978497      Yankton Co. Accts. Receivable,    PO Box 137,    Yankton, SD  57078-0137
```
The following entities were noticed by electronic transmission on Mar 02, 2010.
```
978449      EDI: AFNIRECOVERY.COM Mar 02 2010 17:33:00      AFNI, Inc.,    PO Box 3427,
            Bloomington, IL  61702-3427
978456      EDI: ACCE.COM Mar 02 2010 17:33:00      Asset Acceptance, LLC,    PO Box 2039,
            Warren, MI  48090-2039
978459      EDI: CHASE.COM Mar 02 2010 17:33:00      Chase Manhattan Bank,    PO Box 15298,
            Wilmington, DE  19850-5298
978467     +EDI: HFC.COM Mar 02 2010 17:33:00      HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
978468      EDI: IRS.COM Mar 02 2010 17:33:00      Internal Revenue Service,    PO Box 21126,
            Philadelphia, PA  19114
978476     +EDI: MID8.COM Mar 02 2010 17:33:00      Midland Funding, LLC,    8875 Aero Drive, Ste. 200,
            San Diego, CA 92123-2255
978481     +EDI: PINNACLE.COM Mar 02 2010 17:33:00      Pinnacle Financial Group,
            7825 Washington Ave., S. Ste. 310,    Minneapolis, MN 55439-2424
978491      EDI: NEXTEL.COM Mar 02 2010 17:33:00      Sprint,    PO Box 219554,    Kansas City, MO  64121-9554
                                                                                             TOTAL: 8
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           IRS
978452*      afni,   PO Box 3427,   Bloomington, IL  61702-3427
                                                                                             TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0869-4          User: ckram              Page 2 of 2              Date Rcvd: Mar 02, 2010
Case: 10-40117                Form ID: b9a             Total Noticed: 50

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2010**             **Signature:**    _Joseph Speetjens_