Form oclscs

# United States Bankruptcy Court

District of South Dakota

Case Number: 10–40117
Chapter: 7

In re:

**Randy Lee Flemming**
SSN/ITIN xxx–xx–8389
fdba Flemming Construction

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

IT APPEARING Trustee Lee Ann Pierce has filed a final report and final account; and

IT FURTHER APPEARING the trustee has certified the estate has been fully administered; and

IT FURTHER APPEARING no timely objection has been filed by the United States Trustee or a party in interest;

IT IS HEREBY ORDERED that the trustee is discharged; and

IT IS FURTHER ORDERED that the case is closed.

Dated: 7/26/10

BY THE COURT

Charles L. Nail, Jr.
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0869-4          User: ckram              Page 1 of 1          Date Rcvd: Jul 26, 2010
Case: 10-40117                Form ID: oclscs          Total Noticed: 1

The following entities were noticed by first class mail on Jul 28, 2010.
db          +Randy Lee Flemming,   704 Pine Street,   Yankton, SD 57078-4041
The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 28, 2010**              **Signature:** *Joseph Speetjens*